UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL DOCKET 1:17-CR-00245-01 |
| VERSUS | JUDGE DRELL |
| CRISTINA DANIELA SANTOS, Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Santos's § 2255 Motion (ECF No. 489) is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 14th day of October, 2020.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE