UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 1:17-CR-00245-01** |
| **VERSUS** | **JUDGE DRELL** |
| **CRISTINA DANIELA SANTOS (01)** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## ORDER

Now before the court is a motion on behalf of Defendant Cristina Daniela Santos seeking issuance of a Certificate of Appealability from this court as to the court's prior denial of Defendant's motion to vacate sentence pursuant to 28 U.S.C. § 2255 (Doc. 489). (Doc. ___). After review of the issues presented, it is the finding of this court that the underlying motion presents no issues as to which "reasonable jurists could debate" and, further, demonstrates no denial of a constitutional right in this matter. 28 U.S.C. § 2253; Miller-El v. Cockrell, 537 U.S. v. 322 (2003); US. v. Moore, 599 F.2d 310 (9th Cir. 1979) *cert. denied* 444 U.S. 1024 (1980) (rejecting motion to invalidate guilty plea based on psychiatric opinion that it was made impulsively due to fear and anxiety); U.S. v. Longoria, 2015 WL 7583008 (S.D. Tx. 11/24/15) (rejecting defendant's attempt to invalidate guilty plea based on generalized claims of shock associated with criminal sentencing). Accordingly, it is hereby

ORDERED that Defendant's motion for issuance of a Certificate of Appealability is DENIED.

SIGNED this 14 day of October 2020 at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT JUDGE